IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ERIK E. PRYOR, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-475-TES-MSH |
| | * |
| DOOLY STATE PRISON, et al., | * |
| Defendants. | * |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 20, 2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 21st day of June, 2024.

David W. Bunt, Clerk

s/ Terrie L. Potts, Deputy Clerk